**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| RAQUEL PUSKAS, | |
| Plaintiff, | |
| vs. | CIVIL ACTION FILE NO. |
| BRYAN COUNTY SCHOOL DISTRICT, et al., | 4:25-CV-00004-RSB-CLR |
| Defendants. | |

**ORDER**

Having considered the parties Joint Motion to Stay Summary Judgment Motion Deadline and for GOOD CAUSE SHOWN, the Motion is **GRANTED**.  Doc. 51.

The deadline for Defendants to file their summary judgment motion is stayed until further order of this Court.

**SO ORDERED,** this 17th day of June, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA